IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMEDLA TJAHJADIN,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Respondent.                 / | No. C 05-02151 CRB<br><br>**ORDER OF DISMISSAL** |

Respondent's unopposed motion to dismiss this action as moot is GRANTED.

**IT IS SO ORDERED.**

Dated: July 8, 2005

                                              CHARLES  R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2151\orderofdismissal.wpd